ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
**MAINOR EGLET, LLP**
400 South Fourth Street, #600
Las Vegas, Nevada 89101
(702) 450-5400
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| KEVIN McCABE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:08-cv-01232-PMP-GWF |
| RAMPARTS, INC., d/b/a LUXOR HOTEL AND CASINO aka LUXOR HOTEL/CASINO aka LUXOR-LAS VEGAS; DOES 1 through 10; DOE EMPLOYEES 1 through 10; and DOE CORPORATIONS 1 through 10, inclusive, | ) **SUBSTITUTION OF ATTORNEYS** |
| Defendants. | ) |

/ / /

/ / /

/ / /

## SUBSTITUTION OF ATTORNEYS

ROBERT T. EGLET, ESQ., and ROBERT M. ADAMS, ESQ., of the law firm of MAINOR EGLET, LLP, as counsel of record for Plaintiff KEVIN McCABE, does hereby consent to the substitution of ROBERT W. COTTLE, ESQ., as attorney for Plaintiff KEVIN McCABE, in the above-entitled matter in his place and stead.

DATED this 28th day of July, 2010.

MAINOR EGLET, LLP

By: _____
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
400 South Fourth Street, #600
Las Vegas, Nevada 89101
(702) 450-5400

ROBERT W. COTTLE, ESQ. does hereby agree to be substituted in the place of ROBERT T. EGLET, ESQ., and ROBERT M. ADAMS, ESQ., as attorney for Plaintiff KEVIN McCABE in the above-entitled matter.

DATED this 29 day of July, 2010.

LAW OFFICE OF ROBERT W. COTTLE

By: _____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
Galleria Corporate Center
375 N. Stephanie, Suite 2213
Henderson, Nevada 89014

2

KEVIN McCABE, Plaintiff in the above-entitled matter, consents to the substitution of ROBERT W. COTTLE, ESQ., in the place of ROBERT T. EGLET, ESQ., and ROBERT M. ADAMS, ESQ., as his attorney of record.

DATED this 3 day of Aug., 2010.

By: *Kevin McCabe*
KEVIN McCABE

IT IS SO ORDERED.

*George Foley Jr.*
GEORGE FOLEY, JR.
**United States Magistrate Judge**

**Dated:   August 20, 2010**

3