UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KEVIN McCABE,

    Plaintiff(s),

        vs                          Case # 2:08-CV-1232-PMP-GWF

RAMPARTS, INC., et al.,

                                         ORDER REFERRING CASE FOR
    Defendant(s).               SETTLEMENT CONFERENCE

       This case is currently stacked on the calendar on **Tuesday, January 31, 2012**, for a Jury Trial.

       **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

       DATED this 1st day of September, 2011.

                                                     PHILIP M. PRO, U.S. DISTRICT JUDGE