UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN McCABE,<br><br>        Plaintiff(s),<br><br>        vs<br><br>RAMPARTS, INC., et al.,<br><br>        Defendant(s). | Case # 2:08-CV-1232-PMP-GWF<br><br>ORDER REFERRING CASE FOR<br>SETTLEMENT CONFERENCE |

This case is currently stacked on the calendar on **Tuesday, January 31, 2012**, for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

DATED this 1st day of September, 2011.

PHILIP M. PRO, U.S. DISTRICT JUDGE