UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN McCABE,<br><br>                    Plaintiff,<br><br>vs.<br><br>RAMPARTS, INC., d/b/a LUXOR HOTEL AND CASINO, aka LUXOR HOTEL/CASINO, aka LUXOR-LAS VEGAS,<br><br>                    Defendants. | Case No.  2:08-cv-01232-PMP-GWF<br><br>**ORDER**<br><br>**Request for Exception<br>to Attendance Requirements<br>– #134** |

      This matter is before the Court on Plaintiff's Request for Exception to Attendance Requirements at Settlement Conference (#134) filed December 2, 2011.  Upon review and consideration,

      **IT IS ORDERED** that Plaintiff's Request for Exception to Attendance Requirements at Settlement Conference (#134) is **granted**.  Plaintiff may participate in the settlement conference by telephone.

      DATED this 5th day of December, 2011.

                                          _____<br>
                                        GEORGE FOLEY, JR.<br>
                                        United States Magistrate Judge