# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN McCABE,                    )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>vs.                               )<br>                                  )<br>RAMPARTS, INC., d/b/a LUXOR HOTEL AND )<br>CASINO, aka LUXOR HOTEL/CASINO, aka )<br>LUXOR-LAS VEGAS,                  )<br>                                  )<br>            Defendants.           )<br>_____) | Case No.  2:08-cv-01232-PMP-GWF<br><br>**ORDER**<br><br>**Request for Exception<br>to Attendance Requirements<br>– #134** |

This matter is before the Court on Plaintiff's Request for Exception to Attendance Requirements at Settlement Conference (#134) filed December 2, 2011.  Upon review and consideration,

**IT IS ORDERED** that Plaintiff's Request for Exception to Attendance Requirements at Settlement Conference (#134) is **granted**.  Plaintiff may participate in the settlement conference by telephone.

DATED this 5th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge