UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN McCABE,

      Plaintiff,

vs.

RAMPARTS, INC.

      Defendant.

**O R D E R**

2:08-CV-1232-PMP-GWF

At the hearing conducted on 2/24/2012 regarding numerous Motions In Limine, the Court advised that it would schedule a Daubert Hearing regarding the testimony at trial of experts subject to the following Motions in Limine: [106, 107] Plaintiff's Motions in Limine No. 1 and No. 2 to Exclude Defendant's Expert Witness Opinions and Testimony that Violate the Nevada Collateral Source Rule, [129] Defendant's Motion in Limine No. 2 to Exclude Opinions of Stan V. Smith Regarding Hedonic Damages, [137] Plaintiff's Motion in Limine No. 7 to Exclude Arguments that the Warnings at the Luxor Complied with Nevada Law, [202] Defendant's Motion in Limine No. 9 to Exclude Speculative Testimony by Plaintiff's Expert Witnesses, [203] Defendant's Motion in Limine No. 10 to Exclude Testimony and Opinions of Plaintiff's Expert Witnesses on Issues of Law.

Additionally, since the hearing on 2/24/2012, the following Motions in Limine have been fully briefed and the Court will hear oral argument on each on the same date: [223] Defendant's Motion in Limine to Exclude Evidence Regarding the Alleged Inadequacy of Luxor's Post-Incident Investigation, [233] Defendant's Motion in Limine to Exclude Cumulative Evidence, [240] Defendant's Motion in Limine to Exclude Evidence and Argument that Luxor Violated any Statute or Regulation, [262] Plaintiff's Motion in Limine to exclude Evidence of Alcohol Consumption by Plaintiff Not Provided as Directed Testimony Under Oath.

**IT IS THEREFORE ORDERED** that the hearing on the above matter is hereby set for **Wednesday, June 20, 2012, at 9:00 a.m and Thursday, June 21, 2012, at 9:00 a.m.** in LV Courtroom 7C before Judge Philip M. Pro.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference will be conducted as previously scheduled for **Friday, June 22, 2012, at 9:00 a.m.** in LV Courtroom 7C before Judge Philip M. Pro.

**IT IS FURTHER ORDERED** that this case is hereby referred to the Honorable Magistrate Judge George W. Foley for the scheduling of a final settlement conference at a date mutually convenient to the Court and parties, but prior to June 19, 2012.

DATED: April 16, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE