UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN McCABE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:08-cv-01232-PMP-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RAMPARTS, INC., d/b/a LUXOR HOTEL AND CASINO, aka LUXOR HOTEL/CASINO, aka LUXOR-LAS VEGAS, | ) ) ) | Request for Exception to Attendance Requirements (#283) |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Request for Exception to Attendance Requirements at Settlement Conference (#283) filed June 7, 2012. Upon review and consideration,

**IT IS ORDERED** that Plaintiff's Request for Exception to Attendance Requirement at Settlement Conference (#283) is **granted**. Arrangements for Plaintiff's participation via telephone or via Skype will be made prior to August 16, 2012.

DATED this 8th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge