# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN McCABE,<br><br>                   Plaintiff,<br><br>vs.<br><br>RAMPARTS, INC., d/b/a LUXOR HOTEL AND CASINO, aka LUXOR HOTEL/CASINO, aka LUXOR-LAS VEGAS,<br><br>                   Defendants. | Case No. 2:08-cv-01232-PMP-GWF<br><br>**ORDER**<br><br>Request for Exception<br>to Attendance Requirements (#283) |

This matter is before the Court on Plaintiff's Request for Exception to Attendance Requirements at Settlement Conference (#283) filed June 7, 2012. Upon review and consideration,

**IT IS ORDERED** that Plaintiff's Request for Exception to Attendance Requirement at Settlement Conference (#283) is **granted**. Arrangements for Plaintiff's participation via telephone or via Skype will be made prior to August 16, 2012.

DATED this 8th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge